IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| KONINKLIJKE AHOLD, N.V., )<br>)<br>   Plaintiff/Counterclaim-Defendant, )<br>)<br>v. )<br>)<br>MILLBROOK COMMONS, LLC, *et al.*, )<br>)<br>   Defendants/Counterclaim- )<br>   Plaintiffs. ) | CASE NO. 2:10-cv-1060-MEF<br>(WO – Do Not Publish) |

## **FINAL JUDGMENT**

In accordance with the prior proceedings and orders of the Court and upon consideration of the testimony presented at the bench trial conducted on October 29, 2012, and the record as a whole, it is ORDERED and ADJUDGED as follows:

1) Judgment is ENTERED against Plaintiff/Counterclaim-Defendant, Koninklijke Ahold, N.V. and in favor of Defendants/Counterclaim-Plaintiffs, Millbrook Commons, Karen D. Stephens, and Milton G. Domit Limited Liability Company (hereinafter referred to collectively as "Millbrook Commons").

2) As part of this Judgment, Millbrook Commons is entitled to receive $99,008.81 in unpaid rent from Koninklijke Ahold, N.V.

3) As part of this Judgment and pursuant to Alabama Code § 8-8-10, Millbrook Commons is entitled to receive $24,387.66 in pre-judgment interest, which amount is hereby TAXED against Koninklijke Ahold, N.V.

4) As part of this Judgment and pursuant to Alabama Code § 8-8-10, Millbrook

Commons is entitled to receive post-judgment interest, to be TAXED against Koninklijke Ahold, N.V. at a rate of 7.5 percent per annum.

   5)  As part of this judgment and pursuant to Federal Rule of Civil Procedure 54(d)(1), Millbrook Commons is entitled to receive costs of litigation, other than attorneys' fees, to be TAXED against Koninklijke Ahold, N.V.

   The Clerk of the Court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure and close this file.

   DONE this the 20th day of November, 2012.

              /s/ Mark E. Fuller
              UNITED STATES DISTRICT JUDGE