IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| KONINKLIJKE AHOLD, N.V., ) | |
| ) | |
|    Plaintiff/Counterclaim-Defendant, ) | |
| ) | |
| v. ) | CASE NO. 2:10-cv-1060-MEF |
| ) | (WO – Do Not Publish) |
| MILLBROOK COMMONS, LLC, *et al.*, ) | |
| ) | |
|    Defendants/Counterclaim- ) | |
|    Plaintiffs. ) | |

## **ORDER**

Upon consideration of Defendant/Counterclaim Plaintiff Millbrook Commons' ("Millbrook") Motion for Leave to File Reply Brief (Doc. #66) in support of its Motion for Attorneys' Fees and Costs and, in the Alternative, to Alter or Amend the Judgment (Doc. #61), it is hereby ORDERED that Millbrook's motion (Doc. #66) is GRANTED.  Millbrook shall file its reply brief **on or before Friday, January 18, 2013**.

DONE this the 15th day of January, 2013.

                                                    /s/ Mark E. Fuller
                                            UNITED STATES DISTRICT JUDGE