IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| KONINKLIJKE AHOLD, N.V., | ) | |
| | ) | |
|    Plaintiff/Counterclaim-Defendant, | ) | |
| | ) | |
| v. | ) | CASE NO. 2:10-cv-1060-MEF |
| | ) | (WO – Do Not Publish) |
| MILLBROOK COMMONS, LLC, *et al.*, | ) | |
| | ) | |
|    Defendants/Counterclaim-Plaintiffs. | ) ) | |

**ORDER**

Upon consideration of Defendant/Counterclaim Plaintiff Millbrook Commons' ("Millbrook") Renewed Motion to Extend Time for Filing Notice of Appeal (Doc. #69), and pursuant to this Court's authority under Federal Rule of Civil Procedure Rule 58, the Court finds that the motion is due to be GRANTED.

Accordingly, it is hereby ORDERED that:

(1) Millbrook's Renewed Motion to Extend Time for Filing Notice of Appeal (Doc. #69) is GRANTED.

(2) The deadline for filing a Notice of Appeal in the above-styled action is EXTENDED until seven (7) days after the Court enters an order ruling on Millbrook's pending Motion for Reasonable Attorneys' Fees and Costs of Litigation, or, in the Alternative, Motion to Alter or Amend (Doc. #61).

DONE this the 17th day of January, 2013.

                                                       /s/ Mark E. Fuller
                                         UNITED STATES DISTRICT JUDGE